# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

FREDERICK BANKS and KENNETH POSNER,

    Plaintiffs,

vs.

NEW YORK POLICE DEPARTMENT, et al.,

    Defendants.

Case No. CIV-14-1427-F

## JUDGMENT

Judgment is hereby entered in accordance with the court's order of today's date adopting the Report and Recommendation of the Magistrate Judge, denying plaintiffs' motions to proceed in forma pauperis, and dismissing the complaint.

Dated this 15th day of April, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-1427p002.wpd